Form Number LR 3015-1 A (12/15)

# CHAPTER 13 PLAN

Case No.: _____

Debtor(s): **JIMMIE N SPENCER**    SS#: **xxx-xx-3747**    Net Monthly Earnings: **822.84**

SS#: _____    Number of Dependents: **0**

I. Plan Payments:
   ( **X** ) Debtor(s) propose to pay direct a total of $ **1,200.00** ☐ weekly ☐ bi-weekly ☐ semi-monthly ☑ monthly into the plan; or

   Length of plan is **60** months, and the total debt to be paid through the plan is $ **72,000.00**.

   ☑ Chapter 13 filing fees will be paid through the chapter 13 trustee assigned to the case.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| Internal Revenue Service | Taxes 2014 | $5,951.30 | $99.18 |
| Internal Revenue Service | Taxes 2015 | $1,938.15 | $32.30 |
| Internal Revenue Service | Taxes 2016 | $2,027.00 | $33.78 |

   B. Total Attorney Fee: $ **3,000.00** ; $ **0.00** paid pre-petition; $ **1,500.00** to be paid at confirmation and $ **75.00** per month.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

     1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular Payment to be Paid (check box) | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| OCWEN LOAN SERVICING LLC | $75,521.23 | ☑ by Trustee ☐ by Debtor $489.46 | MAY 2017 OR PER TRUSTEE DISTRIBUTION | $15,263.49 | 44 | 0.00% | $254.00 |

     2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| ALABAMA POWER COMPANY | $0.00 | $500.00 | $500.00 | $0.00 | REFRIGERATOR STOVE & MW. | 5.25% | $9.49 | *** |
| CAPITAL ONE AUTO FINANCE | $0.00 | $6,000.00 | $6,000.00 | $0.00 | 2011 TOYOTA CAMRY | 5.25% | $113.92 | *** |

                                                          *** PER OTHER PROVISIONS NO. 4. BELOW ***

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) propose to pay direct: **NONE**

IV. Special Provisions (check all applicable boxes):

     ☑ This is an original plan.

         ☑ This plan proposes to pay unsecured creditors **0** %.

         ☑ Other Provisions: **1.** Debtor will continue to pay pre-petition and post-petition electric service debt in the ordinary course of business in lieu of posting a deposit as adequate assurance of future payment under section 366 of the United States Bankruptcy Code. Debtor acknowledges and agrees that the automatic stay does not bar Alabama Power Company's efforts to collect pre-petition and post-petition utility service debt. **2.** Debtor proposes 4.25% interest to any unsecured creditor unintentionally omitted that is later determined to be secured. Any omitted priority debt or year for priority tax debts are to be paid as priority claims over term of plan without interest. **3.** Debtor proposes to remit to the Standing Chapter 13 Trustee all non-exempt proceeds from any lawsuit or cause of action. **4.** The Trustee will make disbursements as required by the Plan in the following order, with payments other than those listed to be made in the order to be determined by the Trustee: (A). *Trustee's Fee; (B). Filing Fee; (C). Initial Costs of Administration (including attorney fees payable at confirmation); (D). Allowed Secured Claims and 503(b) Administrative Expenses with fixed monthly payments (including professional Fee Claims with fixed payments); (E). Allowed Priority Claims for Domestic Support. (F). Other allowed Priority Claims, including Allowed Priority Tax Claims; (G). Allowed General Unsecured Claims.* DEBTOR TO VALUE APPLIANCES APCO & VEHICLE CAP. ONE.

Attorney for Debtor Name/Address/Telephone #    Dated: **April 21 2017**    /s/ JIMMIE N SPENCER

**John E. Bockman**
**2601 7th Street**
**Tuscaloosa, AL 35401**
         **205-750-0043**
         **FAX: 205-750-0406**
Telephone #   **mail@bockmanlaw.com**

                                                                             **JIMMIE N SPENCER**
                                                                             Signature of Debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy