IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA,
WESTERN DIVISION

IN RE:                                                                                               BK 17-70721-JHH-13
**JIMMIE N. SPENCER**
**Social Security No. XXX-XX-3747**
       **Debtor.**

## CONFIRMATION ORDER

Notice of a hearing on confirmation of debtor's Chapter 13 plan, dated April 21, 2017, having been given to the debtor and all scheduled creditors; and the hearing having been held on August 8, 2017, it is hereby
       **ORDERED, DECREED AND ADJUDGED:**
1. The debtor's plan is hereby **CONFIRMED**.

2. Each creditor must file a written proof of claim in the form provided by law to participate in disbursements under the plan. Claims will be paid as duly filed, without hearing, unless a written objection is filed as provided by the Bankruptcy Code. If an objection is filed, the court will conduct a hearing to determine the allowed amount of the claim.

3. The debtor shall pay C. David Cottingham, Standing Trustee, **$1,294.00 per month for 60 months** beginning immediately, out of which costs and administrative fees of **$310.00** shall be paid. From the funds paid to the trustee, attorney's fees of **$3,000.00** are allowed to **JOHN E. BOCKMAN**, **$1,500.00** payable as part of initial administrative costs, and **$75.00** per month until paid in full. If proper proofs of claim are filed, the remaining plan funds will be paid in the following way:

| | | | | | |
|---|---|---|---|---|---|
| **Republic Finance Co.** | Claim # | 1 | $ 2.41 | Per month | 5.25% |
| **IRS** | Claim # | 4 | 165.26 | Per month | 0.00% |
| **Capital One Auto Finance** | Claim # | 8 | 180.37 | Per month | 5.25% |
| **Ocwen Loan Servicing LLC** | Unfiled | | 254.00 | Per month | 0.00% |
| **Ocwen Loan Servicing LLC** | Unfiled | | 489.46 | Per month | |
| **Alabama Power Company** | Unfiled | | 9.49 | Per month | 5.25% |

**OCWEN LOAN SERVICING LLC is classified as a long-term debt under § 1322(b)(5).**

**THE WITHDRAWAL OF TRUSTEE'S OBJECTION TO CONFIRMATION IS APPROVED.**

**All non-exempt proceeds from any lawsuit or cause of action shall be remitted to the Standing Chapter 13 Trustee for distribution to creditors.**

The trustee shall distribute the balance left after these fixed payments pro rata among the debtor's other creditors with allowed proofs of claim with payment continuing until these claimants have been paid **0.00%** of their allowed debt. Any debt not addressed by this order shall be administered in accordance with the debtor's confirmed plan and applicable law.

All creditors whose claims are paid direct by Debtor are granted limited relief from automatic stay to contact the Debtor by mail or telephone concerning the payment of post-petition (no pre-petition) monthly installment payments.

If this case is dismissed, any monies received prior to the order of dismissal shall be distributed according to the confirmed plan. Any monies received after an order of dismissal shall be distributed to the debtor.

Dated: August 17, 2017

                                               /s/ JENNIFER H. HENDERSON
                                             UNITED STATES BANKRUPTCY JUDGE